**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Michel Fortier v. Brian Caress

Appellate case number:   01-19-00759-CV

Trial court case number: 2018-63377

Trial court:             281st District Court of Harris County

Appellant, Michel Fortier, has filed an unopposed motion to stay this appeal "pending resolution of a related proceeding in the Texas Supreme Court." Appellant asserts "the resolution of the other appeal, which is currently pending in the Texas Supreme Court, may render this one – or large parts of it – moot." We **grant** the motion and **abate** the appeal.

No later than **February 3, 2020,** the parties shall file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the related pending case in the Texas Supreme Court. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually


Date: December 3, 2019